UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KAMLESH KRISHNA,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, and DOES 1 through 10, inclusive,

    Defendants.

No. 2:18-cv-00454-MCE-KJN

**ORDER**

Michelle M. Lunde of the Law Offices of Michelle M. Lunde, and Patricia A. Savage of the Law Offices of Patricia A. Savage, counsel for Plaintiff Kamlesh Krishna in these proceedings (hereinafter "Plaintiff's counsel"), now move to withdraw as said counsel. Plaintiff has filed no opposition to her counsels' request, and Defendant filed a Response to the Motion stating its non-opposition to the Motion. ECF No. 9.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw. Plaintiff's counsel has complied with those requirements and their request to withdraw is accordingly proper.

///

1

Because counsels' request is both procedurally correct and unopposed, their Motion to be Relieved as Plaintiff's Counsel (ECF No. 5) is GRANTED.[1] Michelle M. Lunde of the Law Offices of Michelle M. Lunde, and Patricia A. Savage of the Law Offices of Patricia A. Savage, are consequently relieved as counsel of record for Plaintiff effective upon the filing of a proof of service of this signed Order on Plaintiff.

IT IS SO ORDERED.

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).